1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE BONILLA-SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00400-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| JOSE BONILLA-SANTOS, | ) | DATE: June 5, 2008 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE JR., Assistant U.S. Attorney, and defendant, JOSE BONILLA-SANTOS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, June 5, 2008 be continued to Thursday, June 19, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

///

///

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for June 19, 2008
3 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).
5 | DATED: May 27, 2008

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/S/ Ben Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JOSE BONILLA-SANTOS

DATED: May 27, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Ben Galloway for
DANIEL MCCONKIE JR.
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: June 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE