1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE BONILLA-SANTOS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )   No. 2:07-cr-00400-MCE
12                              )
              Plaintiff,        )
13                              )   **STIPULATION AND ORDER**
         v.                     )
14                              )   DATE: June 19, 2008
   JOSE BONILLA-SANTOS,         )   TIME: 9:00 a.m.
15                              )   JUDGE: Hon. Morrison C. England Jr.
              Defendant.        )
16                              )
   _____)
17

18      It is hereby stipulated and agreed to between the United States of

19  America through DANIEL MCCONKIE JR., Assistant U.S. Attorney, and

20  defendant, JOSE BONILLA-SANTOS by and through his counsel, BENJAMIN

21  GALLOWAY, Assistant Federal Defender, that the status conference set

22  for Thursday, June 19, 2008 be continued to Thursday, July 3, 2008 at

23  9:00 a.m.

24      This continuance is being requested because defense counsel needs

25  additional time to prepare, to review discovery, and to interview

26  witnesses.

27  ///

28  ///

1    Speedy trial time is to be excluded from the date of this order

2   through the date of the status conference set for July 3, 2008

3   pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

4   prepare] (Local Code T4).

5   DATED: May 27, 2008

6

7                                Respectfully submitted,
                                 DANIEL J. BRODERICK
8                                Federal Defender

9                                /S/ Ben Galloway
                                 BENJAMIN GALLOWAY
10                               Assistant Federal Defender
                                 Attorney for Defendant
11                               JOSE BONILLA-SANTOS

12

13  DATED: May 27, 2008

14                               McGREGOR W. SCOTT
                                 United States Attorney
15

16                               /s/ Ben Galloway for
                                 DANIEL MCCONKIE JR.
17                               Assistant U.S. Attorney

18

19

20
    IT IS SO ORDERED.
21

22   Dated: June 17, 2008

23

24  _____
    MORRISON C. ENGLAND, JR.
25  UNITED STATES DISTRICT JUDGE

26

27

28